UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**DONALD POTTER, ET AL.,**

　　　　Plaintiffs**,**

　　vs.

**CHEVRON PRODUCTS CO.,**

　　　　Defendant**.**

CASE NO.  17-cv-06689-YGR

**ORDER OF RECUSAL**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

　　　　I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action.  The Clerk of the Court shall reassign the action to another judicial officer/District Judge.

　　　　All hearing dates presently scheduled are vacated and motions should be renoticed for hearing before the judge to whom the case is reassigned.  Briefing schedules, ADR compliance deadlines, and other case deadlines remain unchanged.

　　　　**IT IS SO ORDERED.**

Dated:  January 8, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**