1

2

3

4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7    DONALD POTTER, et al.,                        Case No.  17-cv-06689-YGR

8                    Plaintiffs,
                                                   **ORDER REASSIGNING CASE**
9           v.

10   CHEVRON PRODUCTS CO.,

11                  Defendant.

12

13          GOOD CAUSE APPEARING THEREFORE,

14          IT IS ORDERED that this case is reassigned to the Honorable Phyllis J. Hamilton in the

15   OAKLAND division for all further proceedings.  Counsel are instructed that all future filings shall

16   bear the initials PJH immediately after the case number.

17          All hearing and trial dates presently scheduled are vacated.  However, existing briefing

18   schedules for motions remain unchanged.  Motions must be renoticed for hearing before the judge

19   to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior

20   briefing schedule.  Other deadlines such as those for ADR compliance and discovery cutoff also

21   remain unchanged.

22   Dated:  January 8, 2018                    FOR THE EXECUTIVE COMMITTEE

23

24                                              _Susan Y. Soong_

25                                              Susan Y. Soong
                                                Clerk, United States District Court

26

27

28   A true and correct copy of this order has been served by mail upon any pro se parties.