UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD POTTER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHEVRON PRODUCTS CO.,<br><br>    Defendant. | Case No. 17-cv-06689-PJH<br><br>**ORDER STRIKING PLAINTIFFS' MEMORANDUM OF LAW**<br><br>Re: Dkt. No. 57 |

On March 2, 2018, defendant filed a motion to dismiss plaintiffs' first amended complaint. Dkt. 27. Plaintiffs filed an opposition to that motion, and defendant filed a reply. Dkts. 40–41. At that point, neither party was permitted to file additional memoranda without the court's prior approval, with limited exceptions. Civ. L.R. 7-3(d).

On June 22, 2018, plaintiffs filed a motion for leave to file a supplemental memorandum regarding defendant's motion to dismiss. Dkt. 51. The court denied plaintiffs' motion. Dkt. 56. Plaintiffs subsequently filed a memorandum regarding defendant's motion to dismiss in contravention of the court's order. Dkt. 57.

Plaintiffs' memorandum of law filed at Docket Number 57 is hereby STRICKEN from the docket, given that it was prohibited by the Northern District of California's local rules. Civ. L.R. 7-3(d); see Leong v. Potter, 347 F.3d 1117, 1125 (9th Cir. 2003).

**IT IS SO ORDERED.**

Dated: July 16, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge